FILED

2009 SEP 29  PM 3:04

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

ANNA Y. PARK, CA SBN 164242
DEREK W. LI, CA SBN 150122
THOMAS S. LEPAK, CA SBN 245649
SUE J. NOH, CA SBN 192134
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
LOS ANGELES DISTRICT OFFICE
255 East Temple Street, Fourth Floor
Los Angeles, California 90012
Telephone: (213) 894-1082
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
        thomas.lepak@eeoc.gov
        sue.noh@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

DANIEL R. SHINOFF, ESQ., State Bar No. 99129
PAUL V. CARELLI, IV, ESQ., State Bar No. 190773
STUTZ ARTIANO SHINOFF & HOLTZ, P.C.
2488 Historic Decatur Road, Suite 200
San Diego, California 92106-6113
Telephone: (619) 232-3122
Facsimile: (619) 232-3264

Attorneys for Defendant
VISTA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> VISTA UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | Case No.: 07 CV 1825 IEG (NLS) <br><br> [~~PROPOSED~~] **CONSENT DECREE; ORDER** |

Plaintiff U.S. Equal Employment Opportunity Commission (the "EEOC" or "Commission") and Defendant Vista Unified School District ("Vista") hereby stipulate and agree to entry of this Consent Decree (the "Decree") to fully and finally resolve the Commission's complaint against Vista in the matter entitled, <u>U.S. Equal Employment Opportunity Commission v. Vista Unified School District</u>; Case No. 07 CV 1825 IEG (LSP) (the "Action"). On September 18, 2007, the EEOC filed this Action in the United States District Court, Southern District of California alleging that Vista violated the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 216(c) and 217 ("ADEA").

## I.
## **PURPOSES AND SCOPE OF THE CONSENT DECREE**

A.  The Decree is made and entered into by and between the EEOC and Vista. Collectively, the EEOC and Vista are referred to herein as the "Parties."

B.  The Parties have entered into this Decree for the purpose of conserving public resources and to ensure that Vista continues to comply with federal employment laws, continues to provide a work environment free from retaliation, continues to train supervisory staff in discrimination law, and continues to disseminate an employment discrimination policy reflective of federal law.

C.  This decree is not an admission of liability on Vista's part, and Vista denies any wrongdoing with respect to the allegations in this suit. The Court has made no findings of liability against Vista in this case.

## II.
## **RELEASE OF CLAIMS**

A.  This Decree fully and completely resolves all issues, claims and allegations raised by the EEOC against Vista in this Action.

B.  Nothing in this Decree shall be construed to preclude the EEOC from bringing suit to enforce this Decree in the event that Vista hereto fails to perform the promises and representations contained herein.

C. Nothing in this Decree shall be construed to limit or reduce Vista's obligation to comply fully with the ADEA or any other federal employment statute.

D. This Decree in no way affects the EEOC's right to bring, process, investigate or litigate other charges that may be in existence or may later arise against Vista in accordance with standard EEOC procedures.

## III.

## JURISDICTION

A. The Court has jurisdiction over the Parties and the subject matter of this litigation. The Action asserts claims that, if proven, would authorize the Court to grant the equitable relief set forth in this Decree. The terms and provisions of this Decree are fair, reasonable and just. This Decree conforms with the Federal Rules of Civil Procedure and the ADEA and is not in derogation of the rights or privileges of any person.

B. The Court shall retain jurisdiction of this action during the duration of the Decree for the purposes of entering all orders, judgments and decrees that may be necessary to implement the relief provided herein.

## IV.

## EFFECTIVE DATE AND DURATION OF DECREE

A. The provisions and agreements contained herein are effective immediately upon the date which this Decree is entered by the Court ("the Effective Date").

B. This Decree shall remain in effect for three (3) years after the Effective Date.

## V.

## MODIFICATION AND SEVERABILITY

A. This Decree constitutes the complete understanding of the Parties with respect to the matters contained herein. No waiver, modification or amendment of

any provision of this Decree will be effective unless made in writing and signed by an authorized representative of each of the Parties.

B.  If one or more provisions of the Decree are rendered unlawful or unenforceable, the Parties shall make good faith efforts to agree upon appropriate amendments to this Decree in order to effectuate the purposes of the Decree.  In any event, the remaining provisions will remain in full force and effect unless the purposes of the Decree cannot, despite the Parties' best efforts, be achieved.

C.  By mutual agreement of the Parties, this Decree may be amended or modified in the interests of justice and fairness in order to effectuate the provisions herein.

## VI.

## COMPLIANCE AND DISPUTE RESOLUTION

A.  The Parties expressly agree that if the Commission has reason to believe that Vista has failed to comply with any provision of this Consent Decree, the Commission may bring an action before this Court to enforce the Decree.  Prior to initiating such action, the Commission will notify Vista, and its/their legal counsel of record, in writing, of the nature of the dispute.  This notice shall specify the particular provision(s) that the Commission believes Vista has breached. Absent a showing by either party that the delay will cause irreparable harm, Vista shall have thirty (30) days to attempt to resolve or cure the breach.

B.  The Parties agree to cooperate with each other and use their best efforts to resolve any dispute referenced in the EEOC notice.

C.  After thirty (30) days have passed with no resolution or agreement to extend the time further, the Commission may petition this Court for resolution of the dispute, seeking all available relief, including an extension of the term of the Decree for such period of time as Vista is shown to be in breach of the Decree and the Commission's costs, and any attorneys' fees incurred in securing compliance with the Decree.

## VII.

## MONETARY RELIEF

A.  In settlement of this lawsuit, Vista shall pay a total of $5,000.00 to benefit students within the Vista Unified School District through the provision of a college scholarship(s) to students at Vista High School who receive a score of 3 or higher on the AP French exam for the 2009-2010 school year. If more than one student scores 3 or higher, then the scholarship will be split equally among the students. If no student scores 3 or higher for the 2009-2010 school year, then Vista will hold the money for a student scoring 3 or higher in the 2010-2011 school year. If no Vista High student scores 3 or higher in the 2010-2011 school year, then the scholarship shall be provided to student(s) at Rancho Buena Vista High School (RBV) who score 3 or higher on the AP French exam for the 2010-2011 school year. If there no students at RBV who qualify after the 2010-2011 school year, then the funds will be spent at Vista High School during the 2011-2012 school year for the benefit of French students in a capacity to be agreed upon later by the parties.

B.  Within thirty 30 days of the Effective Date, Vista shall provide the EEOC written confirmation that the $5,000.00 settlement has been placed into an interest bearing account in Vista's possession, to hold until accomplishment of the above benefit to Vista Unified School District students. Within five (5) business days of the issuance of the benefits check(s), Vista shall submit a copy of the check and related correspondence to Anna Y. Park, Regional Attorney for the U.S. Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, CA, 90012.

//
//

# VIII.
# INJUNCTIVE RELIEF

### A. Non-Discrimination

Vista and its successors, as well as their officers, agents, management (including all supervisory employees), successors, assigns, and all those in active concert or participation with them, or any of them, shall ensure non-discriminatory employment practices, and shall not discriminate against any person on the basis of age (over 40 years of age) in the terms and conditions of employment and/or to implement or permit any action, policy, or practice with the purpose or effect of discriminating against any person on the basis of age (over 40 years of age).

### B. Non-Retaliation

Vista, its officers, agents, management (including all supervisory employees), successors, assigns, and all those in active concert or participation with them, or any of them, are hereby enjoined from engaging in, implementing or permitting any action, policy or practice with the purpose or effect of retaliating against any current or former employee or applicant of Vista and/or its successors, or either of them, because he or she has in the past, or during the term of this Decree: (a) opposed any practice made unlawful under the ADEA; (b) filed a charge of discrimination alleging such practice; (c) testified or participated in any manner in any investigation (including without limitation, any internal investigation undertaken by Vista and/or its successors), proceeding in connection with this case and/or relating to any claim of an ADEA violation; (d) was identified as a possible witness or claimant in this action; (e) asserted any rights under this Decree; or (f) sought and/or received any relief in accordance with this Decree.

//
//

### C. Policies and Procedures

Vista shall continue to implement, distribute, and post its policies and procedures against discrimination and retaliation prohibited by the ADEA (the "Policy"). The Policy shall continue to provide:

    1. A clear explanation of prohibited conduct including, but not limited to, concrete steps to ensure non-discriminatory hiring practices and procedures;

    2. Assurance that employees who make complaints of discrimination or provide information related to such complaints are protected against retaliation;

    3. Prompt and appropriate corrective action when discrimination and/or retaliation has occurred.

The informal guidelines and practices that Vista high schools use to hire certificated personnel are attached to this Consent Decree as Appendix "A."

For each new employee and manager hired after distribution of the Policy described above, Defendant Vista shall ensure that the new employee and/or manager receives the Policy and guidelines within thirty (30) days of employment.

### D. Posting of Notice of Consent Decree and Settlement

Within sixty (60) days of the Effective Date, Vista shall post in its District Office the Notice of Consent Decree and Settlement (signed by the Court and attached to the Consent Decree as Attachment "1") in a conspicuous and accessible place to all employees in legible font for 30 days. Within sixty (60) days of the Effective Date, Vista shall submit to the Commission a statement confirming the posting of the Notice of Consent Decree and Settlement.

### E. Training

1. Biannually, Vista shall provide training of at least one hour duration to all managers, supervisors, and human resources/compliance personnel covering its Policy and guidelines and federal laws regarding employment discrimination on

the basis the protected classes under federal and state law.  During that training, Vista will provide some hypothetical scenarios to provide examples of age discrimination in hiring practice to stimulate discussion amongst attendees.  The training shall also include specific instruction on non-discriminatory hiring practices and procedures and Vista's Policy as described in *supra* §VIII(C).

    2.    All persons required to attend such training shall verify their attendance in writing.  Preferably, Vista will provide this one-hour training in conjunction with the two-hours of sexual harassment training already required under California Fair Employment and Housing Act.  Vista shall submit to the Commission a statement describing the training provided and the materials to be used in this training within 90 days of the training meeting.

**F.**    **Record Keeping**

    1.    Vista shall maintain all employment applications and other documents submitted to Vista by each applicant and/or generated as part of any employee certification and/or selection process for the duration of the Consent Decree.

    2.    Vista shall maintain its record-keeping procedure that provides for the storage of all documents pertaining to hiring at Vista for the period of the Decree.

    3.    Vista shall maintain documents generated in connection with any complaint, investigation into, or resolution of every complaint of age discrimination or retaliation for the duration of the Decree and the identities of the parties involved.

    4.    All forms acknowledging any new employee's receipt of the Policy.  These forms may be maintained in the employee's personnel file.

    5.    All documents verifying the occurrence of all training sessions and names and positions of all attendees for each session as required under this Decree.

      6.    Vista shall provide the EEOC a copy of any of the above documents within 30 days of a written request by the EEOC, except for the forms acknowledging new employees' receipt of the Policy.

**G.    Reporting**

Within one hundred-eighty (180) days after the Effective Date and every twelve (12) months from the Effective Date thereafter for the Decree term, Vista shall provide a written report to the EEOC containing:

      1.    Confirmation that Vista has complied with its obligations regarding training as described in this Decree;

      2.    Confirmation that Vista's EEOC policies and procedures have been conspicuously posted and distributed to all new employees;

      3.    A summary of all complaints of discrimination, harassment, and/or retaliation based on age, and the District's response to each;

      4.    A summary of the hiring procedures and practices used for hiring in the reporting period, if such procedures and practices have changed from Appendix "A" to this Consent Decree.

      5.    An electronic copy of the interview packet for hires of full-time certificated employees at Vista High School, including the Candidate Rating Sheet and materials for each candidate interviewed. Vista will also provide the date of birth for each certificated person hired at Vista High School on a full-time basis. For this subsection, Vista need only provide this information for the following school years: 2008-2009, 2009-2010, and 2010-2011, and need not provide this information for the 2011-2012 school year.

## IX.
## COSTS OF ADMINISTRATION AND IMPLEMENTATION OF CONSENT DECREE

Vista shall bear all costs associated with its administration and implementation of its obligations under this Consent Decree.

## X.

## COSTS AND ATTORNEYS' FEES

Each party shall bear its own costs of this lawsuit, including bearing its own attorneys' fees.

## XI.

## MISCELLANEOUS PROVISIONS

A.  During the term of this Consent Decree, Vista shall provide any potential successor-in-interest with a copy of this Consent Decree within a reasonable time of not less than thirty (30) days prior to the execution of any agreement for acquisition or assumption of control of any or all of Vista's facilities, or any other material change in corporate structure, and shall simultaneously inform the EEOC of same.

B.  During the term of this Consent Decree, Vista shall assure that each of its officers, managers and supervisors is aware of any term(s) of this Decree which may be related to his/her job duties.

C.  Unless otherwise stated, all notices, reports and correspondence required under this Decree shall be delivered to the attention of Anna Y. Park, Regional Attorney, U.S. Equal Employment Opportunity Commission, 255 East Temple Street, 4th Floor, Los Angeles, CA, 90012; facsimile number (213) 894-1301.

D.  The Parties agree to entry of this Decree and judgment subject to final approval by the Court.

//
//

All Parties, through the undersigned, respectfully apply for and consent to the entry of this Consent Decree Order.

Respectfully submitted,

Date: 9/3/09

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: *[signature]*
Anna Y. Park
Attorneys for Plaintiff EEOC

VISTA UNIFIED SCHOOL DISTRICT

Date: August 26, 2009

By: *[signature]*
Dr. Joyce Bales, Superintendent

STUTZ ARTIANO SHINOFF & HOLTZ, P.C.

Date: August 31, 2009

By: *[signature]*
Daniel R. Shinoff
Paul V. Carelli, IV
Attorneys for Defendant
Vista Unifed School District

## ORDER

GOOD CAUSE having been shown, the provisions of the foregoing Consent Decree along with Attachment "1" are hereby approved and compliance with all provisions thereof is **HEREBY ORDERED.**

Date: 9/25/09

*[signature]*
The Honorable Irma E. Gonzalez
United States District Court Judge

Appendix A

## VUSD GUIDELINES FOR HIRING FULL-TIME
## HIGH SCHOOL CERTIFICATED PERSONNEL

1. All employment candidates must apply for open positions using the EdJoin system, with exception of current employees who may make a transfer request.

2. Those who complete the EdJoin application are eligible to participate in the Ventures screening process. All non-transfer employment candidates must participate in the Ventures screening.

3. Generally, all those candidates who are successful in the screening process are eligible to be interviewed. However, occasionally, there will be more candidates who are successful in the screening process than the District can reasonably accommodate for interviews. On those occasions, once the screened candidates have been released to the site, the site will print all the EdJoin applications (including the Letter of Introduction, the Resume, and three Letters of Recommendation).

    a. These applications will be provided to the site Principal for the particular position, and the Principal will review the applications and choose the applicants that the Principal would like to interview. Similarly, the Department Chair will review the applications, and also choose candidates. (NOTE: When the Principal and Dept. Chair are reviewing the applications, the only data is that provided by the applicant, so there is no data, such as age, appearing on the applications.)

    b. The Principal and Dept. Chair will look for these particular attributes in candidates: 1) What activities or services did they offer/perform beyond the regular teaching assignment; 2) What other experiences they have had that might be a positive for our students; 3) How current are the letters of recommendations; 4) The position of the persons writing the letters of recommendations; and 5) whether their credentials of the candidate are appropriate for the position.

    c. After this process is complete, the applicants' names are given to the secretary to call, along with an interview schedule, and applicants are contacted to be interviewed.

4. Interviews are conducted at the site by a panel of three staff members. Typically, this interview panel consists of site administration and teachers. Each panel member ranks the candidates on a Candidate Ranking Sheet. The interview panel makes a recommendation to the site Principal based upon the top three objectively scored candidates. The Principal contacts Human Resources with the name of the selected candidate. Human Resources then makes a recommendation to the Board of Trustees for approval.

Attachment 1

## NOTICE OF CONSENT DECREE

This Notice is being posted pursuant to a Consent Decree entered by the Federal Court in the case of <u>U.S. EEOC v. Defendant Vista Unified School District</u>; Case No. 07 CV 1825 in the Southern District of California, settling a lawsuit filed by the U. S. Equal Employment Opportunity Commission ("EEOC").

In its suit, the EEOC alleged that Defendant Vista Unified School District ("VUSD") violated the Age Discrimination in Employment Act of 1967 ("ADEA"). To resolve the lawsuit, the parties entered the Consent Decree. The law suit was settled in order to conserve public funds, and to ensure that VUSD continues employment practices consistent with Federal anti-discrimination and anti-retaliation law. VUSD denied all wrongdoing with respect to allegations made in the lawsuit, and the Court made no findings of liability against VUSD.

As part of the decree, VUSD will be providing a $5000.00 scholarship to be distributed among French students at Vista High School who score 3 or better on the 2010 or 2011 Advance Placement French examination. If no Vista student achieves this goal, then the scholarship will be open to Rancho Buena Vista High School students who score 3 or better for the 2011 exam.

Vista has and will continue to ensure employment practices in compliance with federal law, a work environment free from retaliation, training of managers in employment discrimination law and dissemination of an employment discrimination policy reflective of federal law.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex and age. If you believe you have been discriminated against, you may contact the EEOC at the address or telephone number listed below. No action may be taken against any employee by any Vista management official for
 1. opposing discriminatory practices made unlawful by federal law,
 2. filing, or assisting or participating in the filing of a charge of discrimination, or
 3. assisting or participating in an investigation brought under the ADEA.
Any such retaliatory actions should be reported to the EEOC at the address listed below.

### THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE

**This Notice must remain posted for one (1) month from the date below and must not be altered, defaced or covered by any other material.**

Any questions about this Notice or compliance with its terms may be directed to the EEOC at: Consent Decree with Defendant Vista Unified School District
   EEOC—San Diego Local Office 555 W Beech Street, Suite 504
   San Diego, California 92101  Tel. (619) 557-7235; Facs. (619) 619 557-7274

Date: 9/25/09

Chief Judge Irma E. Gonzalez
U.S. District Court